LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BERMUDEZ; and RUBEN BERMUDEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  CV 15-00587 ODW (MRWx) <br><br> **NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that MARIA BERMUDEZ and RUBEN BERMUDEZ ("Plaintiffs"), pursuant to FRCP 41(a)(1), hereby voluntarily dismiss all their federal claims, in case number CV 15-00587 ODW (MRWx) without prejudice.

DATED:  April 6, 2015          LAW OFFICES OF DALE K. GALIPO


                                By_____/s/ Eric Valenzuela_____
                                    Eric Valenzuela
                                    Attorneys for Plaintiffs